**189  LEONARD ET AL. vs. CIRCUIT JUDGE (Kent), No. 14965.**

To compel the allowance of an appeal from a judgment rendered by a justice of the peace after the lapse of the five days.

Granted June 25, 1895, with costs against appellee.

Judgment rendered May 24, at Byron Center. Relators reside at Grand Rapids. On May 28, forwarded to Byron Center per U. S. Express Co., affidavit and bond in appeal, with costs and fees, addressed to the justice.

The package reached Byron Center at 4 o'clock p. m. of the same day, but the justice did not receive it until May 31. Relators forwarded $2 as clerk and entry fee, under How. Stat., Sec. 7003, but the justice insisted that Act. No. 402, Local Act 1895, made the fee $4.

Relators, however, insisted that said act related only to cases commenced in the Circuit Court.

**190  FRANK vs. CIRCUIT JUDGE (Kent), No. 13841½.**

To compel respondent to allow an appeal from a justice's judgment, after the lapse of five days, on the ground that relator had been unable to obtain sureties on the appeal bond within that time.

Order to show cause denied December 4, 1893.

**191  BREDE vs. CIRCUIT JUDGE (Gogebic), No. 12805½.**

To set aside an order allowing an appeal from a justice of the peace.

Order to show cause denied May 13, 1892.

Judgment was rendered by the justice against relator within the hour named in the summons, and relator was informed that the judgment was absolutely void, and that no proceedings could be predicated upon it. Relying upon this advice he paid no attention to the case until he was taken on a body execution.